■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY RIDGEWAY, Appellant. [675 NYS2d 580] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Drury, J.—Manslaughter, 2nd Degree.) Present—Denman, P. J., Lawton, Wisner, Balio and Boehm, JJ.